UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUCE ANTHONY McPHERSON,<br><br>               Plaintiff,<br><br>       v.<br><br>RAUL MORALES, et al.,<br><br>               Defendants. | Case No.: 1:26-cv-04444-EGC (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS COMPLAINT AS FRIVOLOUS AND TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT**<br><br><u>14-Day Objection Period</u><br><br>Clerk of the Court to Assign District Judge |

Plaintiff Michael Bruce Anthony McPherson is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

### I.     INTRODUCTION

Plaintiff filed a complaint (Doc. 1) and an application to proceed *in forma pauperis* (Doc. 2) on June 10, 2026.

On June 12, 2026, the Court issued its Order to Show Cause (1) Why Plaintiff's Complaint Should Not be Dismissed as Frivolous and (2) Why Plaintiff Should Not Be Deemed a Vexatious Litigant. (Doc. 7.) Plaintiff was directed to respond within 30 days. (*Id*. at 6.)

Plaintiff filed a response to the Order to Show Cause (OSC) on June 26, 2026. (Doc. 8.)

//

//

## II.   DISCUSSION

In the OSC, the undersigned screened Plaintiff's complaint and found it to be frivolous (Doc. 7 at 2-4), took judicial notice of eight other civil rights actions filed by Plaintiff in this district that have been dismissed as frivolous (*id*. at 4) and discussed deeming an individual a vexatious litigant (*id*. at 4-6), before directing Plaintiff to file a written response to the OSC (*id*. at 6).

Plaintiff's response to the OSC appears below:

Plaintiff's response to the OSC does not respond to the issue of his actions previously dismissed as frivolous nor does it substantively address the issue of vexatiousness, other than stating he is "not a vexatious litigant [because he is] 'the law' and 'the divinity.'" Like his complaint, Plaintiff's OSC response is frivolous.

2

**III.    ORDER AND RECOMMENDATION**

Accordingly, the Court **HEREBY ORDERS** that:

1.  The Clerk of the Court is directed to randomly assign a district judge to this action.

Further, the undersigned **HEREBY RECOMMENDS** that:

1.  The complaint filed June 10, 2026 (Doc. 1) be **DISMISSED** with prejudice as frivolous; and

2.  That Plaintiff be declared a vexatious litigant subject to pre-filing conditions set forth below, pursuant to 28 U.S.C. § 1651(a) and the Court's inherent power to regulate abusive litigation, for the reasons addressed in the Court's June 16, 2026 (Doc. 7) OSC:

    a.  Plaintiff is required to file a motion requesting leave of court before filing any new civil rights complaint (42 U.S.C. § 1983) in the United States District Court for the Eastern District of California. Such a motion must include a copy of this order; and

    b.  Any motion requesting leave of court before filing any new civil rights complaint shall also be accompanied by a declaration under penalty of perjury explaining why Plaintiff believes he has meritorious claims.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within 14 days** after being served with a copy of these Findings and Recommendations, a party may file written objections with the Court. Local Rule 304(b). The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations" and **shall not exceed fifteen (15) pages** without leave of Court and good cause shown. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in excess of the fifteen (15) page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations under 28 U.S.C. § 636(b)(l)(C). A party's failure to file any objections within the specified time may result in the waiver of certain rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th

Cir. 2014).

IT IS SO ORDERED.

Dated:   **June 30, 2026**

_____
UNITED STATES MAGISTRATE JUDGE