UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL BRUCE ANTHONY McPHERSON,

Plaintiff,

v.

RAUL MORALES, et al.,

Defendants.

Case No.: 1:26-cv-04444-KES-EGC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS COMPLAINT AS FRIVOLOUS AND TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT

Docs. 1, 10

Plaintiff Michael Bruce Anthony McPherson is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 1, 2026, the assigned magistrate judge issued findings and recommendations, recommending plaintiff's complaint be dismissed with prejudice as frivolous and that plaintiff be declared a vexatious litigant. Doc. 10. Any objections were to be filed within 14 days. *Id*. at 3-4. Plaintiff has filed timely objection. Doc. 11.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Plaintiff's objections do not meaningfully address the findings and recommendations. Having carefully reviewed the file, including plaintiff's objections, the Court

finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on July 1, 2026, Doc. 10, are adopted in full;
2. Plaintiff is declared a vexatious litigant subject to the pre-filing conditions set forth below, pursuant to 28 U.S.C. § 1651(a) and the Court's inherent power to regulate abusive litigation, for the reasons addressed in the Court's June 16, 2026, Doc. 7, Order to Show Cause:
    a. Plaintiff is required to file a motion requesting leave of court before filing any new civil rights complaint (42 U.S.C. § 1983) in the United States District Court for the Eastern District of California. Such a motion must include a copy of this order; and
    b. Any motion requesting leave of court before filing any new civil rights complaint shall also be accompanied by a declaration under penalty of perjury explaining why plaintiff believes he has meritorious claims.
3. Plaintiff's complaint filed June 10, 2026, Doc. 1, is DISMISSED with prejudice as frivolous; and
4. The Clerk of the Court is directed to close this case and to terminate any pending deadlines or motions.

IT IS SO ORDERED.

Dated: July 31, 2026

UNITED STATES DISTRICT JUDGE